IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No.: 4:22-cv-00116-M-RJ

EDWIN TARLEY, JR., and EPHRAIM WREH,
individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

ENVIRONMENTAL SPECIALTIES INTERNATIONAL, INC.,

    Defendant.

## CONSENT TO JOIN COLLECTIVE ACTION

    I was an hourly employee for Environmental Specialties International, Inc., who was supervised by Peter Ochse and worked at the South Aurora, North Carolina site on or after September 28, 2019. I was not a foreman. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_[signature]_
SIGNATURE

Edwin Tarley, Jr.
PRINTED NAME

June 26, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510.
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com
*Lead Counsel for Plaintiff*

Jason D. Cline, Esq.
CLINE LAW GROUP, PLLC
6329 Oleander Drive
Wilmington, North Carolina 28403
Telephone: (910) 661-2012
Facsimile: (910) 338-0557

*Local Counsel for Plaintiff*

## IMPORTANT: RETURN FOR FILING BEFORE JUNE 26, 2023

4859-9144-4823 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No.: 4:22-cv-00116-M-RJ

EDWIN TARLEY, JR., and EPHRAIM WREH,
individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

ENVIRONMENTAL SPECIALTIES INTERNATIONAL, INC.,

    Defendant.

## CONSENT TO JOIN COLLECTIVE ACTION

    I was an hourly employee for Environmental Specialties International, Inc., who was supervised by Peter Ochse and worked at the South Aurora, North Carolina site on or after September 28, 2019. I was not a foreman. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Ephraim Wreh_____
PRINTED NAME

June 26, 2023_____
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510.
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com
*Lead Counsel for Plaintiff*

Jason D. Cline, Esq.
CLINE LAW GROUP, PLLC
6329 Oleander Drive
Wilmington, North Carolina 28403
Telephone: (910) 661-2012
Facsimile: (910) 338-0557

*Local Counsel for Plaintiff*

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 26, 2023**

4859-9144-4823 v1