IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No.: 4:22-cv-00116-M-RJ

| | |
|---|---|
| EDWIN TARLEY, JR., and EPHRAIM WREH, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>ENVIRONMENTAL SPECIALTIES INTERNATIONAL, INC.,<br><br>            Defendant. | |

## JOINT MOTION TO APPROVE SETTLEMENT
## AND FOR DISMISSAL OF ALL CLAIMS

Plaintiffs, Edwin Tarley, Jr. and Ephraim Wreh, on behalf of themselves and on behalf of the Opt-In Plaintiff who filed his consent to join the above-captioned lawsuit ("Plaintiffs"), and defendant, Environmental Specialties International, Inc. ("Defendant") (Plaintiffs and Defendant may be jointly referred to as the "Parties"), who hereby represent to the Court that they have resolved the issues in this matter in their entirety and respectfully request: (a) that the Court approve the Parties' Settlement and Release Agreement under the Fair Labor Standards Act, as amended, 29 U.S.C. § 201, *et seq*. ("FLSA"), and (b) dismiss this lawsuit with prejudice. Although some courts have started to hold that judicial approval of FLSA settlements is not required, most follow *Lynn's Food Stores, Inc. v. U.S.*, 679 F.3d 1350 (11th Cir. 1982). *Lynn's Food* holds that settlements are permissible when negotiated in "an adversarial context," by an attorney "who can protect [employees'] rights under the statute," and when the settlement reflects "a reasonable compromise of disputed issues." Under those conditions, settlements can be approved "to promote

the policy of encouraging settlement of litigation." *Id*. at 1354. Those conditions are present here, as described in the Parties' jointly submitted Memorandum in Support, filed contemporaneously with this motion. The Parties' Settlement and Release Agreement is also attached as Exhibit "A."

For the reasons stated in the Parties' Memorandum in Support, Plaintiffs and Defendant jointly request that the Court enter an order approving the Parties' settlement and release agreement and dismissing this action with prejudice.

This 22nd day of February, 2024.

Respectfully Submitted:

/s/ Josh Sanford
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

/s/ Jason D. Cline
Jason D. Cline
N.C. Bar No. 56905
jason@clinelawnc.com
CLINE LAW GROUP, PLLC
6329 Oleander Drive
Wilmington, North Carolina 28403
Telephone: (910) 661-2012
Facsimile: (910) 338-0557
*Local Civil Rule 83.1(d) Counsel for Plaintiffs*

**Attorneys for Plaintiffs**

/s/ A. Edward Hardin, Jr.
A. Edward Hardin, Jr.
La. Bar No. 25079
edward.hardin@keanmiller.com
Erin L. Kilgore
La. Bar No. 32144
erin.kilgore@keanmiller.com
KEAN MILLER LLP
400 Convention Street, Suite 700
Baton Rouge, LA 70802
Telephone: 225.387.0999
Facsimile: 225.388.9133

/s/ Douglas M. Jarrell
Douglas M. Jarrell
N.C. Bar No. 21138
djarrell@robinsonbradshaw.com
Brian L. Church
N.C. Bar No. 39581
bchurch@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, North Carolina 28246
Telephone: 704.377.2536
Facsimile: 704.378.4000
*Local Civil Rule 83.1(d) Counsel for Defendant*

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Douglas M. Jarrell
Douglas M. Jarrell