IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No.: 4:22-cv-00116-M-RJ

| | |
|---|---|
| EDWIN TARLEY, JR., and EPHRAIM WREH, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ENVIRONMENTAL SPECIALTIES INTERNATIONAL, INC., <br><br> Defendant. | **ORDER** |

THIS MATTER is before the Court on the Parties' Joint Motion to Approve Settlement and for Dismissal of All Claims. After evaluating the settlement and release agreement between the Parties, the Court finds the agreement to be fair and reasonable and approves same under the Fair Labor Standards Act;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Parties' Joint Motion to Approve Settlement and for Dismissal of All Claims is granted, and that the instant action is dismissed with prejudice, with each party to bear his/her/its own attorneys' fees and cost (except as otherwise agreed in the Parties Settlement and Release Agreement).

SO ORDERED this _____ day of _____, 2024.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE